CYNTHIA A. REKEMEYER, Appellant, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent.

Submitted December 20, 2004; decided January 6, 2005

Motion by New York Insurance Association, Inc. for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed. Twenty copies of the brief may be filed and three copies served within 10 days.

In the Matter of DEBRA A. SANFORD, Formerly Known as DEBRA A. BENNETT, Respondent, v JAMES D. BENNETT et al., Appellants.

Submitted December 6, 2004; decided January 6, 2005

Motion to substitute Arlene Bennett, as executrix of the estate of James D. Bennett, as a party respondent herein for respondent James D. Bennett granted.

STATE FARM MUTUAL AUTOMOBILE INSURANCE Co., Appellant, v ROBERT MALLELA et al., Respondents.

Submitted December 20, 2004; decided January 6, 2005

Motion by Allstate Insurance Company et al. for leave to appear amici curiae on consideration of the certified question herein granted and the proposed brief and appendix are accepted as filed.